# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-5231**  **September Term, 2025**

**1:25-cv-00667-UNA**

**Filed On:** October 3, 2025

Janis Lavern Dunbar,

      Appellant

    v.

Nancy Pelosi, Representative (D-CA 11th
District) and Ben Crump, Attorney of Law,

      Appellees

### ON APPEAL FROM THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

**BEFORE:**    Millett, Pillard, and Garcia, Circuit Judges

### J U D G M E N T

This appeal was considered on the record from the United States District Court for the District of Columbia and on the brief filed by appellant. See Fed. R. App. P. 34(a)(2); D.C. Cir. Rule 34(j). It is

**ORDERED AND ADJUDGED** that the district court's May 28, 2025 order be affirmed. The district court correctly concluded that appellant's claims were so patently insubstantial as to deprive the court of subject-matter jurisdiction. See Tooley v. Napolitano, 586 F.3d 1006, 1009-10 (D.C. Cir. 2009).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

                    **FOR THE COURT:**
                    Clifton B. Cislak, Clerk

        BY:    /s/
                Daniel J. Reidy
                Deputy Clerk